SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Bernard K.S. Leong, et al<br><br>    Defendants | Case No. **2:09-cv-02873-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MARCH 17, 2010 FOR DEFENDANT BERNARD K.S. LEONG TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Bernard K.S. Leong, by and through their respective attorneys of record, Scott N. Johnson; Cheryl L. White, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Bernard K.S. Leong until February 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Bernard K.S. Leong is granted an extension until March 17, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Bernard K.S. Leong's response will be due no later than March 17, 2010.

IT IS SO STIPULATED effective as of February 12, 2010

Dated:  February 15, 2010            /s/Cheryl L. White_____
                                     Cheryl L. White,
                                     Attorney for Defendant
                                     Bernard K.S. Leong


Dated:  February 12, 2010            /s/Scott N. Johnson ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED:** that Defendant Bernard K.S. Leong
2    shall have until March 17, 2010 to respond to complaint.

4    Dated: February 17, 2010
5                                           /s/ John A. Mendez_____
6                                           U.S. DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com